UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUSTAN DANIEL ADAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 09-304-B-W |
| STATE OF MAINE, | ) ) ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed July 13, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion to Proceed *In Forma Pauperis* (Docket # 2) be and hereby is DENIED.  Plaintiff having failed to pay the $350.00 filing fee by August 3, 2009, it is hereby ORDERED that this matter is DISMISSED for lack of prosecution.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2009